IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN ADRIAN KIVETT,           )
                                )
                    Petitioner, )
                                )        1:24CV265
          v.                    )        1:19CR318-1
                                )
UNITED STATES OF AMERICA,       )
                                )
                    Respondent. )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, submitted a Motion to Vacate, Set Aside, or Correct

Sentence (Docket Entry 32) pursuant to 28 U.S.C. § 2255.  This Motion cannot be further

processed for the following reason:

1.     The Motion was not signed by Petitioner.  Rule 2(b), Rules Governing § 2255
       Proceedings.  At least one copy of submitted motions must bear Petitioner's
       original signature, not a copy of a signature.

Because of this pleading failure, this particular Motion will be dismissed, but without

prejudice to Petitioner promptly filing a new motion properly following the 28 U.S.C. § 2255

forms and correcting the defect of the present Motion.[1]  To further aid Petitioner, the Clerk

is instructed to send Petitioner new § 2255 forms and instructions for filing a § 2255 motion,

which Petitioner should follow and sign.  Petitioner also filed a Motion (Docket Entry 33)

---

[1]To the extent there are any issues regarding the running of the statute of limitations in this case, the parties can
litigate those issues following any refiling by Petitioner.

seeking an appointment of counsel in this matter.  That Motion will be denied without prejudice to Petitioner raising it again if he file a proper Motion under § 2255.

IT IS THEREFORE ORDERED that Petitioner's Motion (Docket Entry 33) seeking an appointment of counsel is denied without prejudice and that the Clerk is instructed to send Petitioner § 2255 forms and instructions.

IT IS THEREFORE RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner promptly filing a corrected motion which is signed and on the proper § 2255 forms.

This, the 28th day of March, 2024.


_____/s/ L. Patrick Auld_____
**L. Patrick Auld**
**United States Magistrate Judge**

-2-